UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

June 27, 2019

MEMORANDUM TO COUNSEL RE:      Mayor and City Council of Baltimore v.
Alex M. Azar, II, et al.
Civil Action No. GLR-19-1672

Dear Counsel:

Today, the Court convened a teleconference to discuss Defendants Alex M. Azar, II and U.S. Department of Health and Human Services' ("HHS") Motion to Hold Plaintiff's Motion for a Preliminary Injunction in Abeyance and to Set a Summary Judgment Briefing Schedule; or, in the Alternative, for Enlargement of Time to File Their Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 21). This memorandum memorializes the Court's rulings during the call.

Upon consideration of Defendants' Motion, Plaintiff Mayor and City Council of Baltimore's (the "City") Opposition, (ECF No. 22), and the parties' oral arguments, the Court will hold a hearing on the City's Plaintiff's Motion for Preliminary Injunction, (ECF No. 14), on **Wednesday, July 17, 2019** at **9:30 a.m.** at the United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201 in **Courtroom 7A**. The briefing schedule for the hearing is as follows:

1. Defendants' Response is due on **Monday, July 1, 2019** by **4:30 p.m.**
2. The City's Reply is due on **Monday, July 8, 2019** by **4:30 p.m.**

For the foregoing reasons, Defendants' Motion to Hold Plaintiff's Motion for a Preliminary Injunction in Abeyance and to Set a Summary Judgment Briefing Schedule; or, in the Alternative, for Enlargement of Time to File Their Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 21) is GRANTED IN PART AND DENIED IN PART. Defendants' Motion is DENIED to the extent it requests that the Court hold the City's Motion in abeyance or seeks an extension of time to respond to the City's Motion beyond the Final Rule's July 22, 2019 effective date. The Motion is GRANTED to the extent that it seeks a shorter extension to respond to the City's Motion. Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge