IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff,*<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants.* | No. 1:19-cv-01672-GLR |

**STIPULATED REQUEST FOR AN ORDER TO POSTPONE RULE'S EFFECTIVE DATE; HOLD PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION IN ABEYANCE; AND SET SUMMARY JUDGMENT BRIEFING SCHEDULE**

Subject to the Court's approval, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. At present, Defendants' opposition to Plaintiff's motion for preliminary injunction is due on July 1, 2019, Plaintiffs' reply is due on July 8, 2019, and a hearing is scheduled for July 17, 2019.

2. The U.S. Department of Health and Human Services (HHS) stipulates to postponement of the effective date of the rule titled Protecting Statutory Conscience Rights in Health Care; Delegations of Authority, 84 Fed. Reg. 23,170 (May 21, 2019) ("Final Rule"), until November 22, 2019. HHS stipulates to this delay because it is the most efficient way to adjudicate the Final Rule on the merits. HHS does not concede that Plaintiff is "likely to succeed on the merits, that [they are] likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, [or] that an injunction is in the public interest." *See Winter v. NRDC*, 555 U.S. 7, 20 (2008).

3. Plaintiff maintains that—for the reasons expressed in its motion for a preliminary

injunction—it, its residents, and its insureds would suffer irreparable injuries were the Rule's effective date not postponed.

4. The parties request that the Court issue an order, pursuant to 5 U.S.C. § 705, that the effective date of the Final Rule is postponed until November 22, 2019.

5. HHS further agrees that, within a reasonable amount of time after entry, and before July 10, 2019, HHS will post notice that the Rule's effective date is postponed until November 22, 2019, on its public-facing website.

6. The parties further request, in light of this postponement, that the Court hold Plaintiff's motion for a preliminary injunction in abeyance and vacate the preliminary injunction briefing schedule and hearing date set forth in its June 27, 2019 order. Plaintiff reserves the right, however, to request that briefing on its preliminary injunction motion recommence as necessary before November 22, 2019.

7. The parties tentatively propose the following schedule for briefing to resolve this litigation on cross-motions for summary judgment:

   a. July 22, 2019: HHS provides Plaintiff with the administrative record.
   b. ~~September 4~~ August 22, 2019: Defendants file their motion for summary judgment.
   c. September ~~26~~ 12, 2019: Plaintiff files its opposition and cross-motion for summary judgment.
   d. ~~October 10~~ September 20, 2019: Defendants file their reply and opposition.
   e. ~~October 24~~ September 27, 2019: Plaintiff files its reply.

8. The parties request that the Court schedule a status conference during the week of July 29, 2019, at a time convenient for the Court, at which any party may request modification of the tentative briefing schedule set forth above.

Dated: July 1, 2019

By: /s/ Andre M. Davis
Andre M. Davis #00362
Baltimore City Solicitor

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

APPROVED THIS 2nd DAY OF July, 2019

/s/ George L. Russell, III
GEORGE L. RUSSELL, III, U.S.D.J.

2