IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,[1]<br><br>*Defendants*. | Case No. 1:19-cv-01672-GLR |

**JOINT STATUS REPORT**

The parties submit this joint status report pursuant to this Court's February 10, 2021 order, ECF No. 115, to provide an update regarding the status of related appellate proceedings.[2]

As the parties reported in their February 8, 2021 joint status report, Defendants filed notices of appeal to the United States Court of Appeals for the Second Circuit of the final judgments in the United States District Court for the Southern District of New York that vacated the rule that Plaintiff challenges in this case. *See State of New York v. U.S. Dep't of Health & Human Servs.*, No. 1:19-cv-4676-PAE, Notice of Appeal, ECF No. 255 (S.D.N.Y) (*New York*); *Planned Parenthood Fed'n of Am., Inc. v. Azar*, No. 1:19-cv-5433-PAE, Notice of Appeal, ECF No. 123 (S.D.N.Y.) (*Planned Parenthood*); *Nat'l Family Planning & Reproductive Health Ass'n v. Azar*, No. 1:19-cv-5435-PAE, Notice of Appeal, ECF No. 129 (S.D.N.Y) (*NFPRHA*). Intervenors in

---

[1] Secretary Becerra has been automatically substituted for former Acting Secretary Cochran pursuant to Federal Rule of Civil Procedure 25(d).

[2] The parties acknowledge that the Court ordered them to file the instant status report by May 11, 2021, and the parties apologize to the Court for the delay, which resulted from an oversight.

the Southern District of New York litigation also filed notices of appeal. *See New York*, Notice of Appeal, ECF No. 254; *Planned Parenthood*, Notice of Appeal, ECF No. 122; *NFPRHA*, Notice of Appeal, ECF No. 128. The Second Circuit scheduled oral argument in the two consolidated cases for March 16, 2021. However, on February 5, 2021, the Second Circuit granted Defendants' consent motion to remove the cases from its oral argument calendar and to place the appeals in abeyance while new leadership at the U.S. Department of Health & Human Services evaluates the issues the cases present. The Second Circuit directed Defendants to file stay status letters every thirty days. Defendants filed the most recent of those letters on May 7, 2021, indicating that HHS leadership is still in the process of arriving at HHS and that HHS is reassessing the issues in the cases.

Defendants also appealed to the United States Court of Appeals for the Ninth Circuit, seeking review of the final judgment in the United States District Court for the Eastern District of Washington vacating the challenged rule on November 21, 2019, *Washington v. Azar*, No. 2:19-CV-00183-SAB (E.D. Wash.) (*Washington*), as well as of the final judgments entered in three cases in the United States District Court for the Northern District of California where the court also vacated the challenged rule, *City & County of San Francisco v. Azar*, No. 3:19-cv-2405-WHA (N.D. Cal.) (*San Francisco*); *California v. Azar*, No. 3:19-cv-2769-WHA (N.D. Cal.) (*California*); *County of Santa Clara v. U.S. Dep't of Health & Human Servs.*, No. 3:19-cv-2916-WHA (N.D. Cal.) (*Santa Clara*). The Ninth Circuit initially scheduled oral argument for February 8, 2021 but removed the consolidated cases from its argument calendar upon Defendants' motion. On March 30, 2021, in light of new leadership at HHS, Defendants requested that the appeal remain in abeyance and that they be permitted to file another status report by June 1, 2021. The Ninth Circuit granted Defendants' request on March 31.

| | |
|---|---|
| Dated:   May 21, 2021 | Respectfully submitted, |
| By: /s/ Jane Lewis | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| Jane Lewis #20981<br>Assistant Solicitor<br>BALTIMORE CITY<br>DEPARTMENT OF LAW<br>City Hall, Room 109<br>100 N. Holliday Street Baltimore, MD 21202<br>Tel: (443) 388-2190<br>jane.lewis@baltimorecity.gov | MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/ Bradley P. Humphreys<br>BRADLEY P. HUMPHREYS<br>(D.C. Bar No. 988057)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 305-0878<br>E-mail: Bradley.Humphreys@usdoj.gov |
| Arun Subramanian (admitted pro hac vice)<br>Seth Ard (admitted pro hac vice)<br>Elisha Barron (admitted pro hac vice)<br>Ryan C. Kirkpatrick (admitted pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Fl<br>New York, New York 10019<br>Tel.: (212) 336-8330<br>asubramanian@susmangodfrey.com<br>sard@susmangodfrey.com<br>ebarron@susmangodfrey.com<br>rkirkpatrick@susmangodfrey.com | *Counsel for Defendants* |
| Daniel J. Shih (admitted pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101<br>Tel.: (206) 516-3880<br>dshih@susmangodfrey.com | |
| Richard B. Katskee #27636<br>Kenneth D. Upton, Jr. (admitted pro hac vice)<br>AMERICANS UNITED FOR SEPARATION<br>OF CHURCH AND STATE<br>1310 L Street NW, Suite 200<br>Washington, DC 20005<br>Tel: (202) 466-3234<br>katskee@au.org<br>upton@au.org | |
| *Counsel for Plaintiff* | |