UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

April 14, 2022

MEMORANDUM TO COUNSEL RE:   Mayor and City Council of Baltimore v.
Xavier Becerra, et al.
Civil Action No. GLR-19-1672

Dear Counsel:

The Court is in receipt of the parties' April 13, 2022 Joint Status Report (ECF No. 124), indicating that the appellate proceedings bearing on the disposition of this case remain pending and unresolved. In light of the status of those proceedings, and in accordance with the Court's previous Orders in this case, the Court requests that the parties submit an additional status report within 180 days of this Order apprising the Court of the status of the related appellate proceedings.

Accordingly, it is hereby ORDERED that the parties shall FILE a status report on or before October 11, 2022, informing the Court of the status of the appellate proceedings.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge