IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | Case No. 1:19-cv-01672-GLR |

**STIPULATION OF DISMISSAL**

The parties submit this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree that this case no longer presents a live controversy. Therefore, the parties stipulate to the dismissal of this case, with each party to bear its own fees and costs.

Dated:   April 12, 2024                                         Respectfully submitted,

By: */s/ Jane Lewis*                                              BRIAN M. BOYNTON
                                                                              Principal Deputy Assistant Attorney General
Jane Lewis #20981
Assistant Solicitor                                                 MICHELLE R. BENNETT
BALTIMORE CITY                                              Assistant Branch Director
DEPARTMENT OF LAW
City Hall, Room 109                                           */s/ Bradley P. Humphreys*
100 N. Holliday Street Baltimore, MD 21202    BRADLEY P. HUMPHREYS
Tel: (443) 388-2190                                            (D.C. Bar No. 988057)
jane.lewis@baltimorecity.gov                             Senior Trial Counsel
                                                                              U.S. Department of Justice
Seth Ard (admitted *pro hac vice*)                   Civil Division, Federal Programs Branch
Elisha Barron (admitted *pro hac vice*)             1100 L Street, N.W.
Ryan C. Kirkpatrick (admitted *pro hac vice*)   Washington, D.C. 20005
SUSMAN GODFREY L.L.P.                              Phone: (202) 305-0878
One Manhattan West                                        E-mail: Bradley.Humphreys@usdoj.gov
395 9th Avenue, 50th floor

New York, New York 10001  *Counsel for Defendants*
Tel.: (212) 336-8330
sard@susmangodfrey.com
ebarron@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Daniel J. Shih (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel.: (206) 516-3880
dshih@susmangodfrey.com

*Counsel for Plaintiff*

> **APPROVED this 15th day of April, 2024. The Complaint is hereby DISMISSED without prejudice. The Clerk is directed to CLOSE this case.**
>
> **_____/s/_____**
> **George L. Russell, III**
> **United State District Judge**